No. 95. WOTTLE, ADMINISTRATOR, *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. Certiorari, 343 U. S. 963, to the United States Court of Appeals for the Tenth Cir-

851

cuit. Dismissed pursuant to stipulation of counsel. *John L. Laskey* for petitioner. *E. C. Iden* for respondent.